NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENCORE WIRE CORPORATION,**
*Appellant*

**v.**

**SOUTHWIRE COMPANY, LLC,**
*Cross-Appellant*

---

2015-1249, 2015-1250

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/000,573.

---

**O R D E R**

---

Before LOURIE, MOORE, and WALLACH, *Circuit Judges.*

PER CURIAM.

IT IS ORDERED THAT:

In light of our affirmance of the Patent Trial and Appeal Board's decision in *Southwire Co. v. Cerro Wire LLC*, Case No. 15-1117, this case is hereby dismissed as moot.

FOR THE COURT

 October 20, 2015 
        Date

 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court